JAMES R. FELTON, ESQ. (State Bar No. 138767)
jfelton@greenbass.com
YI SUN KIM, ESQ. (State Bar No. 252303)
ykim@greenbass.com
GREENBERG & BASS LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Tel: (818) 382-6200 • Fax: (818) 986-6534

Attorneys for
Appellants Deep Canyon Holdings, Inc. and
Beach, Freeman, Lim & Cleland LLP

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>THE PRESERVE, LLC,<br><br>                Debtor | Dist. Ct. Case No. CV 12-10786-GW<br><br>[Consolidated with Dist. Ct. Case No. 2:12-cv-10795-GW] |
| DEEP CANYON HOLDINGS, INC.; BEACH, FREEMAN, LIM & CLEVELAND LLP,<br><br>                Appellants,<br><br>v.<br><br>BENEFICIARIES THROUGH THEIR AUTHORIZED AGENT, POINT CENTER FINANCIAL, INC.; THE PRESERVE, LLC; UST-UNITED STATES TRUSTEE, LOS ANGELES,<br><br>                Appellees. | [Bankr. Ct. Case No. 2:10-bk-18429-BB]<br><br><br>**ORDER APPROVING STIPULATION AND DISMISSING APPEAL** |
| THE PRESERVE, LLC, a California limited liability company,<br><br>                Appellant,<br><br>v.<br><br>BENEFICIARIES THROUGH THEIR AUTHORIZED AGENT, POINT CENTER FINANCIAL, INC,,<br><br>                Appellee. | |

1
**[PROPOSED] ORDER APPROVING STIPULATION AND DISMISSING APPEAL**

913302.1 -- 31101.0001

The Court, having considered the Stipulation for Voluntary Dismissal of Appeal Pursuant to FRBP 8001(c)(2) (the "Stipulation") entered into by and between Deep Canyon Holdings, Inc. ("Deep Canyon"), Beach, Freeman, Lim & Cleland LLP ("BFLC"), The Preserve, LLC ("Debtor"), and Beneficiaries, through their authorized agent, Point Center Financial, Inc. ("PCF"), through their respective counsel of record, and good cause appearing therefor:

IT IS HEREBY ORDERED:

1.   That the Stipulation is approved;

2.   That the appeal collectively filed by Deep Canyon and BFLC bearing USDC Case No. 2:12-cv-10786-GW is hereby dismissed;

3.   That the appeal filed by the Debtor bearing USDC Case No. 2:12-cv-10795-GW, as consolidated into USDC Case No. 2:12-cv-10786-GW pursuant to this Court's Order entered on January 15, 2013, is hereby dismissed; and

4.   That Deep Canyon, BFLC, the Debtor and PCF shall each bear their own costs and fees incurred in connection with the aforementioned appeals.

Dated:  April 22, 2013            _____

                                  GEORGE H. WU, U.S. District Judge